**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | | |
|---|---|---|
| In re: ALLIANCE FUNDING GROUP INC. | § § § § | Case No. 1:17-bk-11888-MT |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>David Seror</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
21041 Burbank Boulevard
Woodland Hills, CA 91367

A hearing on the Trustee's Final Report and Applications for Compensation will be held on September 22, 2021 at 10:30 A. M. in Courtroom 302 at the United States Bankruptcy Court located at 21041 Burbank Boulevard, Woodland Hills California 91367. Please be advised that due to the COVID-19 pandemic, the Court will conduct the hearing remotely, using ZoomGov audio and video technology. Individuals will not be permitted access to the courtroom. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge. Individuals may connect by ZoomGov audio and video using a personal computer
(equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below. Individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

 The following is the unique ZoomGov connection information for the above-referenced hearing:
Video/audio web address: https://cacb.zoomgov.com/j/1611234905
Meeting ID: 161 123 4905
Password: 527942
Dial by your location: 1 -669-254-5252 US OR 1-646-828-7666 US

More information on using ZoomGov to participate in this hearing is available on the Court's website at

**UST Form 101-7-NFR (10/1/2010)**

the following web address: https://www.cacb.uscourts.gov/node/7890.

    Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1 (f) no later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

| Date Mailed: 06/30/2021 | David Seror: /s/ David Seror |
|---|---|
| | Chapter 7 Trustee |

David Seror
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367
(818) 827-9000
dseror@bg.law

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

In re:ALLIANCE FUNDING GROUP INC.  § Case No. 1:17-bk-11888-MT
§
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of :*   $   1,345,000.00
*and approved disbursements of:*   $   900,894.33
*leaving a balance on hand of[1]:*   $   444,105.67

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | OMSTAR ENERGY, INC. SIAFA VANI | 47,975.00 | 47,975.00 | 0.00 | 47,975.00 |
| 2 | Alexander Usmanov C/O Barrington Legal, Inc. | 0.00 | 700,000.00 | 700,000.00 | 0.00 |

Total to be paid to secured creditors:   $   47,975.00
Remaining balance:   $   396,130.67

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David Seror | 63,600.00 | 0.00 | 63,600.00 |
| Trustee, Expenses - David Seror | 15.33 | 0.00 | 15.33 |
| Attorney for Trustee Fees - Brutkus Gubner | 193,560.50 | 0.00 | 193,560.50 |
| Attorney for Trustee, Expenses - Brutkus Gubner | 9,725.56 | 0.00 | 9,725.56 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Chapter 7 Administrative Expenses - Franchise Tax Board | 3,958.92 | 0.00 | 3,958.92 |
| Accountant for Trustee Fees (Other Firm) - GROBSTEIN TEEPLE | 7,117.50 | 0.00 | 7,117.50 |
| Accountant for Trustee Expenses (Other Firm) - GROBSTEIN TEEPLE | 30.74 | 0.00 | 30.74 |

Total to be paid for chapter 7 administrative expenses: $ 278,358.55
Remaining balance: $ 117,772.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 117,772.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,426.58 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | FRANCHISE TAX BOARD | 3,426.58 | 0.00 | 3,426.58 |

Total to be paid for priority claims: $ 3,426.58
Remaining balance: $ 114,345.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $513,055.02 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3U | FRANCHISE TAX BOARD | 13,055.02 | 0.00 | 2,909.60 |
| 5 | Behrouz Aframian c/o Epport, Richman & Robbins, LLP | 0.00 | 0.00 | 0.00 |
| 6 | Leora Aframian c/o Epport, Richman & Robbins, LLP | 0.00 | 0.00 | 0.00 |
| 7 | Alexander Usmanov C/O Barrington Legal, Inc. | 500,000.00 | 0.00 | 111,435.94 |
| 8 | Robert and Eva Askar c/o Dorenfeldlaw, Inc. | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 114,345.54
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

David Seror: /s/ David Seror
Chapter 7 Trustee

David Seror
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367
(818) 827-9000
dseror@bg.law

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**